CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIONA PARNIGONI, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-613 (RBW) |
| | ) | |
| ST. COLUMBIA'S NURSERY SCHOOL, ET AL. | ) | Category   L |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 16, 2008 from Judge John D. Bates to Judge Reggie B. Walton by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Walton & Courtroom Deputy
   Judge Bates & Courtroom Deputy
   Liaison, Calendar and Case Management Committee
   Civil Case Processing Clerk