## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIONA PARNIGONI et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. COLUMBA'S NURSERY SCHOOL, | ) | |
| et al. | ) | **Case No: 1:08-cv-00613** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## <u>PROOF OF SERVICE</u>

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process on Defendant St. Columba's Episcopal Church in the above captioned matter was made by personal service on Rev. Janet Vincent, Rector of the Church. Service was made on April 15, 2008.  Documentation demonstrating service is attached hereto.


Respectfully Submitted,
ALDERMAN, DEVORSETZ & HORA, PLLC


<u>/s/ Sundeep Hora (D.C. # 472944)</u>
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fiona Parnigoni, David Parnigoni & Andrew
Parnigoni (a minor child)

**SUMMONS IN A CIVIL CASE**

V.

St. Columba's Nursery School, St. Columba's
Episcopal Church, Vestry of St. Columba's
Parish, Rev. Janet Vincent & Julia Berry

CASE

Case: 1:08-cv-00613
Assigned To : Bates, John D.
Assign. Date : 4/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ST. COLUMBA'S EPISCOPAL CHURCH
4201 Albemarle Street, NW
Washington, DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sundeep Hora
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          APR - 9 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** April 15, 2008 at 10:45 am |
| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | **TITLE** private process server |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

XXG   Other (specify):   personal service on Rev. Janet Vincent, Authorized Representative of St. Columba's Episcopal Church at 4201 Albemarle St. NW, Washington, DC 20016

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/15/08      _____
                Date            *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.