UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIONA PARNIGONI, ET AL. </br></br> Plaintiff </br></br> v. </br></br> ST. COLUMBA'S NURSERY SCHOOL, ET AL. </br></br> Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 08-613 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ENTRY OF APPEARANCE FOR LESLIE D. ALDERMAN III**

Please enter the appearance of Leslie D. Alderman III as counsel for the Plaintiffs in the above captioned matter. Mr. Alderman's address is as follows:

Alderman, Devorsetz & Hora, PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
202-969-8220 (tel)
202-969-8224 (fax)
lalderman@adhlawfirm.com (e-mail)

Respectfully submitted,

_____
Leslie D. Alderman III (Bar No. 477750)
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Ave.
NW Suite 615
Washington, D.C. 20036
202-969-8220 (tel)
202-969-8224 (fax)
Attorney for Plaintiff