# United States District Court
# For the District of Columbia

Fiona Parnigoni et al.,

        Plaintiff(s)      )  **APPEARANCE**

        vs.      )  CASE NUMBER   1:08-cv-00613 (JDB)

St. Columba's Nursery School et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David W. DeBruin__ as counsel in this
        (Attorney's Name)

case for: __Defendants__
      (Name of party or parties)

May 1, 2008               *[Signature]*
Date                               Signature

                                    David W. DeBruin
                                    Print Name

D.C. Bar No. 337626           Jenner & Block LLP, 601 13th St. NW Ste. 1200S
BAR IDENTIFICATION         Address

                                    Washington   DC      20005
                                    City           State         Zip Code

                                    202-639-6015
                                    Phone Number