UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIONA PARNIGONI, DAVID PARNIGONI, and ANDREW PARNIGONI, </br></br>Plaintiffs, </br></br>v. </br></br>ST. COLUMBA'S NURSERY SCHOOL, ST. COLUMBA'S EPISCOPAL CHURCH, VESTRY OF ST. COLUMBA'S PARISH, REV. JANET VINCENT, and JULIA H. BARRY, </br></br>Defendants. | 1:08-cv-00613 (JDB) |

**CONSENT MOTION TO EXTEND THE DEADLINE
FOR DEFENDANTS TO ANSWER THE COMPLAINT**

Defendants respectfully move that the Court extend the deadline for the Defendants for answering or otherwise responding to the Complaint to June 4, 2008. Defendants were originally due to respond to the Complaint on May 5, 2008. Defendants now move to extend the deadline to June 4, 2008, on the grounds that an extension will better permit Defendants' counsel, who were recently retained and unfamiliar with the events in the Complaint, to investigate Plaintiffs' allegations and better present the issues to the Court. Defendants have conferred with Plaintiffs' counsel, and Plaintiffs have consented through counsel to the requested extension.

2

Date: May 1, 2008                                    Respectfully Submitted,

                                                                                                 /s/_____
David W. DeBruin (D.C. Bar No. 337626)
Luke C. Platzer (D.C. Bar No. 501274)
JENNER & BLOCK LLP
601 Thirteenth St., NW
Suite 1200 South
Washington, DC 20005
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of May 2008, I caused a copy of the foregoing Consent Motion to Extend the Deadline for Defendants to Respond to Complaint to be served upon the following by First Class Mail:

>Sundeep Hora
>ALDERMAN, DEVERSETZ & HORA PLLC
>1025 Connecticut Ave., NW
>Suite 615
>Washington, DC 20036
>*Counsel for Plaintiffs*

/s/_____
David W. DeBruin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIONA PARNIGONI, DAVID PARNIGONI, and ANDREW PARNIGONI, </br></br> Plaintiffs, </br></br> v. </br></br> ST. COLUMBA'S NURSERY SCHOOL, ST. COLUMBA'S EPISCOPAL CHURCH, VESTRY OF ST. COLUMBA'S PARISH, REV. JANET VINCENT, and JULIA H. BARRY, </br></br> Defendants. | 1:08-cv-00613 (JDB) |

**[PROPOSED] ORDER TO EXTEND THE DEADLINE
FOR DEFENDANTS TO ANSWER THE COMPLAINT**

It is ORDERED that Defendants shall answer or otherwise respond to the Complaint by June 4, 2008.

_____                                      _____
Date                                                                      Hon. John D. Bates
                                                                                  United States District Judge