UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIONA PARNIGONI, ET AL. )<br>)<br>   Plaintiff )<br>)<br>  v. )<br>)<br>ST. COLUMBA'S NURSERY )<br>SCHOOL, ET AL. )<br>)<br>   Defendants )<br>) | Civil Action No. 1:08-cv-00613 (RBW) |

## JOINT MOTION TO EXTEND DEADLINES FOR FILING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS' REPLY BRIEF

  The parties respectfully request that the Court extend the deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss to Friday, July 18, 2008 and for Defendants to file their Reply to August 8, 2008. The current deadline for Plaintiffs' Opposition is June 18, 2008. Plaintiffs require the additional time to accommodate counsels' caseload and attendant deadlines over the next few weeks and to better permit Plaintiffs to present their Opposition to Defendants' Motion to Dismiss. Defendants require an extension to file their Reply due to counsels' trial schedule.

  The Court previously granted Defendants' request for a 30-day extension to respond to the Complaint. Therefore, this is the parties' second request for an extension in this case.

            Respectfully Submitted,


             /s/  *Sundeep Hora*
            Sundeep Hora (D.C. Bar. No. 472944)
            Leslie D. Alderman III
            ALDERMAN, DEVORSETZ & HORA PLLC
            1025 Connecticut Ave., NW

        Suite 615
        Washington, D.C. 20036
        Tel. 202.969.8220
        Fax 202.969.8224
        E-mail: shora@adhlawfirm.com

        **COUNSEL FOR PLAINTIFFS**

                _____/s/_____
        David W. DeBruin (D.C. Bar No. 337626)
        Luke C. Platzer (D.C. Bar No. 501274)
        JENNER & BLOCK LLP
        1099 New York Avenue, NW
        Suite 900
        Washington, DC 20005
        Tel: (202) 639-6015
        Fax: (202) 639-6066
        E-mail: ddebruin@jenner.com

        **COUNSEL FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIONA PARNIGONI, ET AL. )<br>)<br>        Plaintiff ) <br>)<br>v. )<br>) <br>ST. COLUMBA'S NURSERY )<br>SCHOOL, ET AL. )<br>)<br>        Defendants )<br>) | Civil Action No. 1:08-cv-00613 (RBW) |

### **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadlines for Filing Plaintiffs' Opposition to Defendants' Motion to Dismiss and For Defendants' Reply Brief, it is this ___ day of _____, 2008, ORDERED that the Motion be GRANTED and that Plaintiffs shall submit their Opposition to Defendants' Motion to Dismiss by July 18, 2008 and Defendants shall submit their Reply by August 8, 2008.

**SO ORDERED.**

_____                    _____
Date                                U.S. DISTRICT JUDGE