AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FIONA PARNIGONI, ET AL.

        Plaintiff(s)   )
                                 )  **APPEARANCE**
                                 )
               vs.       )  CASE NUMBER   1:08-cv-613 (RBW)
ST. COLUMBA'S NURSERY SCHOOL,   )
ET AL.   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Luke C. Platzer__ as counsel in this
                                    (Attorney's Name)

case for: St. Columba's Nursery School, St. Columba's Episcopal Church, Vestry of St. Columba's Parish, Rev. Janet Vincent
                      (Name of party or parties)

__6/4/08__
Date

__501274__
BAR IDENTIFICATION

_[signature]_
Signature

Luke C. Platzer
Print Name

1099 New York Avenue, NW, Suite 900
Address

Washington, DC 20001-4412
City      State      Zip Code

202-639-6000
Phone Number